IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01564-RPM-CBS
(Consolidated with 05-cv-01565, 05-cv-01566, and 05-cv-01568)

BARBARA LOHMAN JOHNSON, Personal Representative of the
Estate of RICHARD VERNE LOHMAN, Deceased;
KRISTIN E. LOHMAN,
BRETT E. LOHMAN,
BRYAN R. LOHMAN, Natural Children and Heirs of
RICHARD VERNE LOHMAN, Deceased;
JERRY D. BIGGS, Personal Representative of the
Estate of MICHAEL A. BAKER;
NICOLE BAKER and
WARREN BAKER, Natural Children and Heirsof
MICHAEL A. BAKER, Deceased;
JEFFREY RUDISILL, Personal Representative of the
Estate of CATHERINE LUCILLE LOHMAN, Deceased;
BYRON DREW RUDISILL, Natural Child and Heir of
CATHERINE LUCILLE LOHMAN, Deceased, by and through
his Guardian and Conservator, JEFFREY RUDISILL; and
JERRY D. BIGGS, Personal Representative of the
Estate of KATHLEEN G. BAKER;
ALLISON TEMPLETON, Natural Child and Heir of
KATHLEEN G. BAKER, Deceased,


        Plaintiffs,
v.

AUTOPILOTS CENTRAL, INC., and
GARMIN INTERNATIONAL, INC., a foreign corporation,

        Defendants.

---

ORDER FOR CONSOLIDATION AND FOR FURTHER PROCEEDINGS

---

Upon consideration of the files and records and Defendant Garmin

International, Inc.'s Motion to Consolidate, filed on September 1, 2005, it is

ORDERED that these civil actions are consolidated and will proceed under the above caption and it is

FURTHER ORDERED that the orders of reference to Magistrate Judge Shaffer in 05-cv-01564-RPM-CBS and 05-cv-01568-EWN-CBS are vacated and it is

FURTHER ORDERED that the order of reference to Magistrate Judge Watanabe in 05-cv-01565-PSF-MJW is vacated and it is

FURTHER ORDERED that the order of reference to Magistrate Judge Coan in 05-cv-01566-REB-PAC is vacated and it is

FURTHER ORDERED that a scheduling conference is set for **October 20, 2005, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to **Matsch_Chambers@cod.uscourts.gov**.

DATED:  September 2, 2005

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge